# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES T. WILLIAMSON, et al.,

      Plaintiff,         :      Case No. 3:06-cv-225

                                District Judge Thomas M. Rose
   -vs-                         Chief Magistrate Judge Michael R. Merz

                           :

REXAM BEVERAGE COMPANY,

      Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON
## PLAINTIFF'S RULE 11 MOTION

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 60), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on November 19, 2007, hereby ADOPTS said Report and Recommendations.

      It is therefore ORDERED that Plaintiffs' Motion for Sanctions under Fed. R. Civ. P. 11 (Doc. No. 56)be, and it hereby is, denied.

November 20, 2007.                           **s/THOMAS M. ROSE**

                                                             Thomas M. Rose
                                                United States District Judge